UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 2:07-CR-75-DBH |
| ) | |
| PETER MANGANO, ) | |
| ) | |
| DEFENDANT ) | |

ORDER ON DEFENDANT'S MOTION FOR EARLY
TERMINATION OF SUPERVISED RELEASE

The motion for early termination of supervised release is **DENIED WITHOUT PREJUDICE** to its renewal when the defendant successfully has served a greater proportion of his term of supervised release.

SO ORDERED.

DATED THIS 14TH DAY OF MAY, 2012

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
UNITED STATES DISTRICT JUDGE